No. 279, Misc. STEMEN v. OHIO. Court of Appeals of Darke County, Ohio. Certiorari denied. *George A. Meekison* for petitioner. *Howard G. Eley* for respondent.

No. 281, Misc. VAN ANTWERP v. KAVANAGH, COLLECTOR OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Acting Assistant Attorney General Slack, Lee A. Jackson* and *Homer R. Miller* for respondent.

No. 283, Misc. BOURKE v. JACKSON, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 287, Misc. MULKEY v. UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT. C. A. 6th Cir. Certiorari denied.

No. 304, Misc. MARKS v. WATERS, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 307, Misc. CAREY v. COUNTY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 317, Misc. HOWINGTON v. WATERS, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 330, Misc. VAN PELT v. RAGEN, WARDEN. Circuit Court of Du Page County, Illinois, at Wheaton, Illinois. Certiorari denied.

No. 336, Misc. LAWRENCE v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 373, Misc. DUSSELDORF v. TEETS, WARDEN. Supreme Court of California. Certiorari denied.